IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RV SAVVY PRODUCTIONS, INC., a
North Carolina Corporation, MARK POLK,
an individual,

                      Plaintiffs,

    v.

RV MASTERS, LLC, a Utah Limited
Liability Corporation, DAVID CROSSETT,
an individual,

        Defendants.

Civ. No. 6:19-cv-184-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 15), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

1 –ORDER

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 15) is adopted in full. Defendants' motion to dismiss and, in the alternative, to transfer (ECF No. 6) is DENIED. IT IS SO ORDERED.

DATED this 25th day of October, 2019.

                                                _____/s/ Michael J. McShane_____
                                                       Michael McShane
                                              United States District Judge